UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO GONZALEZ GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:23-cv-00530-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE AN ANSWER<br><br>(Doc. 11) |

    Plaintiff Ricardo Gonzalez Gomez ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). Pending before the Court is the parties' stipulated request for an extension of time within which Defendant must file an answer (from June 4, 2023, to July 5, 2023). (Doc. 11). Defendant notes he presently is unable to answer because a certified administrative transcript has not been made available for this case. *Id*.

    Accordingly, for the reasons set forth in Defendant's stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Defendant's due date for filing for filing an answer to Plaintiff's complaint is extended from June 4, 2023, to July 5, 2023; and

2. The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any motion

for summary judgment, cross-motion for motion for summary judgment/opposition and/or reply brief.

IT IS SO ORDERED.

Dated:   **May 31, 2023**

UNITED STATES MAGISTRATE JUDGE