UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO GONZALEZ GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-00530-CDB (SS)<br><br>ORDER ON STIPULATION FOR EXTENSION OF TIME<br><br>(Doc. 15) |

Plaintiff Ricardo Gonzalez Gomez ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1).

Pending before the Court is the parties' stipulated request, filed on August 11, 2023, to extend the time within which Plaintiff must file an opening brief from August 23, 2023, to October 23, 2023. (Doc. 15).

For the reasons set forth in the stipulation, the Court finds good cause to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff shall file the opening brief on or before October 23, 2023; and
2. The timelines for the filing of a response brief and reply shall be governed by the

1

Court's Scheduling Order (Doc. 5).

IT IS SO ORDERED.

Dated:  **August 14, 2023**                              _____
                                                                                       UNITED STATES MAGISTRATE JUDGE