UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO GONZALEZ GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-00530-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING TIME TO FILE DEFENDANT'S RESPONSE<br><br>(Doc. 19) |

　　　Plaintiff Ricardo Gonzalez Gomez ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1).

　　　On October 23, 2023, Plaintiff filed an opening brief. (Doc. 12). Pending before the Court is the parties' stipulated request for Defendant's time to file a response to Plaintiff's opening brief. (Doc. 19).

　　　In light of the stipulation and for good cause appearing, IT IS HEREBY ORDERED:

1. Defendant's deadline to file a response to Plaintiff's opening brief is extended from November 22, 2023, to January 21, 2024; and

///

///

2. The Court's Scheduling Order (Doc. 5) shall continue to govern the filing of any optional reply brief.

IT IS SO ORDERED.

Dated:   **November 7, 2023**

_____
UNITED STATES MAGISTRATE JUDGE